PER CURIAM.
Affirmed.
State v. Lucas, 645 So.2d 425 (Fla.1994); State v. Delva, 575 So.2d 643 (Fla.1991); Blandon v. State, 657 So.2d 1198 (Fla. 5th DCA 1995); Diez v. State, 359 So.2d 55, 56 (Fla. 3d DCA 1978); Romero v. State, 341 So.2d 263 (Fla. 3d DCA), cert. denied, 346 So.2d 1250 (Fla.1977); see generally Lavado v. State, 492 So.2d 1322 (Fla.1986)(approving and adopting Judge Pearson’s dissent in Lavado v. State, 469 So.2d 917 (Fla. 3d DCA 1985)).